# Court of Appeals
# of the State of Georgia

ATLANTA,   November 05, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0114. ROBERT CLAYTON SALVADOR v. BILLY CARLISLE.**

Robert Salvador filed an application for discretionary appeal from a superior court order prohibiting him from filing a writ of habeas corpus pursuant to OCGA § 9-15-2. Under our Constitution, however, the Supreme Court has jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, § VI, Para. III (4); see *Giles v. Ford*, 258 Ga. App. 245 (368 SE2d 318) (1988). Accordingly, Salvador's application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   11/05/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*